IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CALVERT M. WILSON, an individual, | * * | |
| Plaintiff, | * * | Case No.: 1:05-CV-00108 |
| v. | * * * | |
| | * | [PROPOSED] TEMPORARY RESTRAINING |
| HOME SAVERS, LLC, a foreign limited | * | ORDER; AND ORDER TO SHOW CAUSE |
| liability company; 1905 2nd STREET, NE, | * | RE: PRELIMINARY INJUNCTION |
| LLC, a foreign limited liability company; | * | |
| LUTHER HECTOR, an individual; and | * | |
| BARRETT WARE, an individual, | * * | |
| Defendants. | * * * * | |
| ************************************ | * | |

This matter came before the Court on _____, 2006 on Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction against Defendants Home-Savers, LLC; 1905 2nd St., N.E., LLC; Luther Hector; and Barrett Ware (collectively, "Defendants") to enjoining any actual or threatened attempts to sell, encumber, transfer, assign or dispose of the 2nd Street Property or any improvements thereon.

The Court, having considered the Verified Complaint, the TRO Motion and Memorandum in Support, as well as the Declaration of Calvert M. Wilson, and other supporting materials submitted in connection therewith, finds sufficient grounds for concluding that irreparable harm will be sustained by Plaintiff while this action is

pending absent entry of a Temporary Restraining Order pending a hearing on the Order to Show Cause.

Therefore, it is this ___ day of _____ hereby ordered, adjudged and decreed as follows:

1. Plaintiff's Motion for Temporary Restraining Order shall be, and hereby is, GRANTED.

2. A representative or representatives of Defendants shall appear before this Court at _____ a.m./p.m. on _____, 2006, to show cause why a preliminary injunction should not issue in this action enjoining them from asserting or exercising in any alleged rights or interests in connection with the 2nd Street Property.

**3.** Pending the hearing on the Order to Show Cause, Defendants, and all persons or entities acting in concert with them shall be enjoined from destroying, discarding, mutilating, altering, concealing, transferring or disposing of any evidence that relates to the claims asserted in this litigation, including possession, custody or control of the loan documents, security instruments, and other written communications concerning any residential loan related to Plaintiff's real property at 1905 2nd Street, NE, Washington, DC 20002 (the "2nd Street Property"), pending further order of this Court;

4. Pending the hearing on the Order to Show Cause, no actual or threatened attempts shall be made by Defendants or their agents to sell, encumber, transfer, assign or dispose of the 2nd Street Property or any improvements thereon;

5. Given the apparent appraised value of the 2nd Street Property and the circumstances that give rise to this dispute, no bond shall be required for the entry of this

2

Temporary Restraining Order, which shall become effective immediately upon entry by the Court; and

      6. Plaintiff shall cause a copy of the Verified Complaint, the TRO Motion and Memorandum in Support, the Wilson Declaration, and a copy of this Order to be served on Defendants forthwith, and file Proof of Service with the Court no later than one (1) day before the hearing on the Order to Show Cause.

                                                            _____
                                                            Honorable John D. Bates
                                                            United States District Judge

Copies to:

Rawle Andrews Jr.
Andrews & Bowe, PLLP
1717 K St., N.W., Suite 600
Washington, D.C. 20036
Email: randrews@andrewsgroup.org

    *Counsel for plaintiff*

3