IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT M. WILSON, an individual, | * |
| Plaintiff, | * Case No.: 1:06-CV-00069 (JDB) |
| v. | * |
| HOME-SAVERS, LLC, a foreign limited liability company; 1905 2nd STREET, NE, LLC, a limited liability company; LUTHER HECTOR, an individual; and BARRETT WARE, an individual, | * NOTICE OF LODGING DECLARATION OF TJUANA PHILLIPS IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF [Docket Nos. 1 and 4] |
| Defendants. | * |

************************************

Pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, plaintiff Calvert M. Wilson, by undersigned counsel, respectfully submits the Declaration of Ms. Tjuana Phillips in support of his Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction dated January 18, 2006.

Respectfully submitted,

By: /s/ *Rawle Andrews Jr.*
Rawle Andrews Jr. (DC 436283)
ANDREWS & BOWE, PLLP
1717 K Street N.W., Suite 600
Washington, DC 20036
Office: (202) 349-3975
Fax: (410) 510-1034
Attorney for Plaintiff

Dated: January 18, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify on this the 18th day of January, 2006, I caused a copy of the foregoing **"NOTICE OF LODGING DECLARATION OF TJUANA PHILLIPS IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF [Docket Nos. 1 and 4]"** that was filed with the Court electronically on this date in the above captioned matter to be sent via first class mail, postage prepaid to the Defendants identified below:

Home Savers, LLC
Suite 600
1717 K Street, NW
Washington, DC 20036
Defendant

1905 2nd Street, NE
Suite 600
1717 K Street, NW
Washington, DC 20036
Defendant

Luther Hector
Suite 600
1717 K Street, NW
Washington, DC 20036
Defendant

Barrett Ware
Suite 600
1717 K Street, NW
Washington, DC 20036
Defendant

                                                                                      /s/ *Rawle Andrews Jr.*___
                                                                                      Rawle Andrews Jr., Esq.
                                                                                      Counsel for Plaintiff

# EXHIBIT "11"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CALVERT M. WILSON, an individual, | * | |
| Plaintiff, | * | Case No.: 1:06-CV-00069 (JDB) |
| v. | * | |
| HOME-SAVERS, LLC, a foreign limited liability company; 1905 2nd STREET, NE, LLC, a limited liability company; LUTHER HECTOR, an individual; and BARRETT WARE, an individual, | * | DECLARATION OF TJUANA PHILLIPS |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  *

I, Tjuana Phillips, hereby declare and state under penalty of perjury as follows:

1. I am over the age of 18 years, have personal knowledge of the facts and circumstances set forth in this Declaration, and I am competent to testify on these facts and circumstances if called upon to do so.

2. I am a Section 8 resident at 1905 2nd Street, NE, Unit #2, Washington, DC (the "2nd Street Property"). I have been a tenant at the 2nd Street Property for almost three years. Mr. Calvert Wilson has been the owner of the 2nd Street Property and my landlord since I started living in the house.

3. On January 7, 2006, I received a letter from Luther Hector of an organization identified in the letter as 1905 2nd Street, NE, LLC (the "1905 Company"). I had never heard of Mr. Hector or the 1905 Company before receiving the January 7th letter.

1

4. Among other things, Mr. Hector's letter indicates that the 1905 Company is now the owner of the 2nd Street Property, and that the new owner, they would be contacting me about a new lease and property repairs. I did not contact anyone from the 1905 Company after receiving the January 7th letter, and have no intention on doing so.

5. I speak with Mr. Wilson periodically so I was surprised to receive Mr. Hector's January 7th letter, as well as to learn that Mr. Wilson had sold the property without informing me or any of the other tenants.

6. Based on my dealings with Mr. Wilson over years, he has always been very up front with me about the property, so if there been a sale or change ownership I would have expected to receive official notice directly from Mr. Wilson.

7. After reading the letter, I telephoned Mr. Wilson on his cell phone to find out was going on with the house. It is my understanding from speaking with Mr. Wilson on that day that he is involved in a legal dispute with the 1905 Company, and Mr. Hector and his partners over the ownership of his building, and that despite any comments to the contrary, he stills owns the 2nd Street Property.

8. I was relieved to speak with Mr. Wilson after receiving the January 7th letter and thought my concerns were taken care of until today.

9. On the afternoon of January 18, 2006, I received a follow up telephone call from Mr. Hector. During this call, Mr. Hector restated that the 1905 Company owns house, that Mr. Wilson did not own the house anymore, and that he was interested in learning what repairs, if any, needed to be done on my unit.

10. I responded that I had spoken with Mr. Wilson, and confirmed that he still owns the house. I also informed Mr. Hector that he did not need to worry about performing

any repairs on my unit because Mr. Wilson, as the property owner, is already in the process of making repairs.

11. Because of the confusion and stress that these events are causing me, I informed Mr. Hector that he should contact Mr. Wilson directly about the house and discontinue making any future contact with me. It is impression from speaking with Mr. Hector that he has not had any recent communications with Mr. Wilson about the property.

12. Much to my surprise, Mr. Hector said that he did not need to contact Mr. Wilson, and more importantly, I did not need to contact Mr. Wilson because the 1905 Company was the new owner of the house.

13. Needless to say, I am very concerned about these events and what impact this legal dispute might have on my ability to continue residing at the 2nd Street Property, especially since Mr. Hector informed me that 1905 Company intends to change the locks.

14. Because of this confusion, I do not intend to change any of my dealings with Mr. Wilson, as the owner of the house.

FURTHER DECLARANT SAYETH NOT.

_____
Tjuana Phillips, an Individual

3