AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE **January 18, 2006** |
| NAME OF SERVER *(PRINT)* **Rawle Andrews Jr.** | TITLE **Counsel for Plaintiff** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Service by certified mail in accordance with D.C. R. Civ. P. 4 (c)(3) and Fed. R. Civ. P. 4(c) and (e). Proof of service Declaration, and signed copies of Defendants' return receipt cards are attached hereto.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | C.M.R.R.  $8.45 USD | $8.45 USD |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **01/23/2006**
                Date

Signature of Server

**1717 K St., N.W., Suite 600**
**Washington, D.C. 20036**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT M. WILSON, an individual, | * |
| Plaintiff, | * Case No.: 1:06-CV-00069 (JDB) |
| v. | * |
| HOME-SAVERS, LLC, a foreign limited liability company; 1905 2nd STREET, NE, LLC, a limited liability company; LUTHER HECTOR, an individual; and BARRETT WARE, an individual, | * **DECLARATION OF RAWLE ANDREWS JR., ESQ. RE: PROOF OF SERVICE OF PROCESS ON DEFENDANTS** |
| Defendants. | * |

*************************** *

I, Rawle Andrews Jr., Esq. hereby declare and state under penalty of perjury as follows:

1. I am over the age of 18 years, have personal knowledge of the facts and circumstances set forth in this Declaration, and I am competent to testify on these facts and circumstances if called upon to do so.

2. I am the counsel of record for Calvert M. Wilson, the Plaintiff in the above-captioned matter. I am an active member of the Bar of this Court, and have not been subject to discipline. My D.C. Bar No. is 436283.

3. I make this declaration together with the approved Return of Service Form to verify Proof of Service of Process on Defendants in accordance with D.C. R. Civ. P. 4(c)(3) and Fed. R. Civ. P. 4(c) and (e).

4. On January 13, 2006, I filed a Verified Complaint against the above-named Defendants

in the U.S. District Court for the District of Columbia, and paid the $250.00 filing fee.

5. The Clerk of Court issued Summonses directed to each Defendant on the same date, as well as the Court's first day orders regarding the electronic filing system requirements, opportunity for expedited review by referral of proceedings to a U.S. Magistrate Judge, and Plaintiff's Notice of Related Case to Civil Action No. 05-CV-0108 (JDB) (D.D.C.).

6. On January 18, 2006, I caused a Motion for Temporary Restraining Order, Supporting Memorandum and Exhibits to be filed on Plaintiff's behalf.

7. On January 18, 2006, I caused certified letters, the official Summonses, copies of the Verified Complaint, the Court's first day orders, Plaintiff's Notice of Related Case and Plaintiff's Motion for Temporary Restraining Order to be served on Defendants via certified mail, return receipt requested at Suite 600, 1717 K Street, NW, Washington, DC 20036.

8. On January 19, 2006, the return receipt cards were signed for Defendants' as follows: (a) defendant Home Savers, LLC by Veronica Garcia; (b) defendant 1905 2nd Street, NE, LLC by Veronica Garcia; (c) defendant Barrett Ware by R. Robinson; and (d) defendant Luther Hector by Veronica Garcia.

9. On the morning of January 23, 2006, I personally retrieved Defendants' signed return receipt cards from our law firm's mail box, and made arrangements to have Proof of Service filed with this Court.

10. There are no impediments or defects to the service of process on Defendants based on my personal knowledge, information and belief.

FURTHER DECLARANT SAYETH NOT.

_____
Rawle Andrews Jr., Esq.
Counsel for Plaintiff Calvert M. Wilson

2

Re: Defendant Home Save

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Veronica Garcia  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Veronica Garcia   C. Date of Delivery: 1/19/06 |
| 1. Article Addressed to:<br><br>Homesavers, LLC<br>1717 K St., N.W., #600<br>Washington, D.C. 20036<br>Atten: Barrett Ware | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0007 7537 5171 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540