### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALVERT M. WILSON** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Case No.: 1:06-CV-00069(JDB)** |
| : | |
| **HOME-SAVERS, LLC    et al.** : | |
| : | |
| **Defendants.** : | |
| : | |
| ———————————————: | |

### ANSWER

Defendants, Home Savers, LLC, 1905 2nd Street, N.E., LLC, Barrett Ware and Luther Hector, by and through counsel, Richard D. Mirsky, Esq. and Offit Kurman Attorneys At Law, submits the following Answer to the Verified Complaint filed by plaintiff and respectfully state as follows:

### I. ADMISSIONS AND DENIALS

In response to the specific allegations of the Verified Complaint, defendant's admit and deny as follows:

1.    In response to the factual allegations and assertions contained in paragraph 1, defendants deny.

2.    In response to the factual allegations and assertions contained in paragraph 2, defendants deny.

3.    In response to the factual allegations and assertions made in paragraph 3, defendants

deny.

4.      In response to the factual allegations and assertions made in paragraph 4, defendants

        deny.

5.      In response to the factual allegations and assertions made in paragraph 5, defendants

        deny.

6.      In response to the factual allegations and assertions made in paragraph 6, defendants

        deny.

7.      In response to the factual allegations and assertions made in paragraph 7, defendants

        deny.

8.      In response to the factual allegations and assertions made in paragraph 8, defendants

        deny.

9.      In response to the factual allegations and assertions made in paragraph 9, defendants

        deny.

10.     In response to the factual allegations and assertions made in paragraph 10, defendants

        deny.

11.     In response to the factual allegations and assertions made in paragraph 11, defendants

        deny.

12.     In response to the factual allegations and assertions made in paragraph 12, defendants

        deny.

13.     In response to the factual allegations and assertions made in paragraph 13, defendants

        deny.

14.     In response to the factual allegations and assertions made in paragraph 14, defendants

admit.

15.    In response to the factual allegations and assertions made in paragraph 15, defendants deny.

16.    In response to the factual allegations and assertions made in paragraph 16, defendants admit.

17.    In response to the factual allegations and assertions made in paragraph 17, defendants deny.

18.    In response to the factual allegations and assertions made in paragraph 18, defendants deny.

19.    The assertion of jurisdiction set forth in paragraph 19 is a conclusion of law that defendants are not required to admit or deny, and therefore deny.

20.    In response to the factual allegations and assertions made in paragraph 20, defendants are without sufficient information to admit or deny, and therefore deny.

21.    In response to the factual allegations and assertions made in paragraph 21, defendants admit.

22.    In response to the factual allegations and assertions made in paragraph 22, defendants admit only to the extent that said property contains residential apartments, but deny that plaintiff was a resident at said property at anytime relevant to these proceedings.

23.    In response to the factual allegations and assertions made in paragraph 23, defendants admit.

24.    In response to the factual allegations and assertions made in paragraph 24, defendants are without sufficient information to admit or deny, and therefore deny.

25.    In response to the factual allegations and assertions made in paragraph 25, defendants deny.

26.    In response to the factual allegations and assertions made in paragraph 26, defendants are without sufficient information to admit or deny, and therefore deny.

27.    In response to the factual allegations and assertions made in paragraph 27, defendants are without sufficient information to admit or deny, and therefore deny.

28.    In response to the factual allegations and assertions made in paragraph 28, defendants are without sufficient information to admit or deny, and therefore deny.

29.    In response to the factual allegations and assertions made in paragraph 29, defendants are without sufficient information to admit or deny, and therefore deny.

30.    In response to the factual allegations and assertions made in paragraph 30, defendants are without sufficient information to admit or deny, and therefore deny.

31.    In response to the factual allegations and assertions made in paragraph 31, defendants are without sufficient information to admit or deny, and therefore deny.

32.    In response to the factual allegations and assertions made in paragraph 32, defendants are without sufficient information to admit or deny, and therefore deny.

33.    In response to the factual allegations and assertions made in paragraph 33, defendants are without sufficient information to admit or deny, and therefore deny.

34.    In response to the factual allegations and assertions made in paragraph 34, defendants are without sufficient information to admit or deny, and therefore deny.

35.    In response to the factual allegations and assertions made in paragraph 35, defendants are without sufficient information to admit or deny, and therefore deny.

4

36.    In response to the factual allegations and assertions made in paragraph 36, defendants are
       without sufficient information to admit or deny, and therefore deny.

37.    In response to the factual allegations and assertions made in paragraph 37, defendants are
       without sufficient information to admit or deny, and therefore deny.

38.    In response to the factual allegations and assertions made in paragraph 38, defendants are
       without sufficient information to admit or deny, and therefore deny.

39.    In response to the factual allegations and assertions made in paragraph 39, defendants
       admit only to the extent that they were granted permission as alleged and did receive the
       Authorization Form.

40.    In response to the factual allegations and assertions made in paragraph 40, defendants are
       without sufficient information to admit or deny, and therefore deny.

41.    In response to the factual allegations and assertions made in paragraph 41, defendants are
       without sufficient information to admit or deny, and therefore deny.

42.    In response to the factual allegations and assertions made in paragraph 42, defendants are
       without sufficient information to admit or deny, and therefore deny.

43.    In response to the factual allegations and assertions made in paragraph 43, defendants are
       without sufficient information to admit or deny, and therefore deny.

44.    In response to the factual allegations and assertions made in paragraph 44, defendants
       deny as to the characterization asserted but may have made inquiry as to the reinstatement
       figures pursuant to the authorization previously given by plaintiff.

45.    In response to the factual allegations and assertions made in paragraph 45, defendants
       deny.

5

46.     In response to the factual allegations and assertions made in paragraph 46, defendants are without sufficient information to admit or deny, and therefore deny.  Defendants further assert that plaintiff's reference to "Defendants" in this paragraph would appear to be directed to the "Defendants" in Case 1:06-CV-00108 (JDB).

47.     In response to the factual allegations and assertions made in paragraph 47, defendants are without sufficient information to admit or deny, and therefore deny.  Defendant's further assert that plaintiff's reference to "Defendants" in this paragraph would appear to be directed to the "Defendants" in Case 1:06-CV-00108 (JDB).

48.     In response to the factual allegations and assertions made in paragraph 48, defendants are without sufficient information to admit or deny, and therefore deny.  Defendants further assert that plaintiff's reference to "Defendants" in this paragraph would appear to be directed to the "Defendants" in Case 1:06-CV-00108 (JDB).

49.     In response to the factual allegations and assertions made in paragraph 49, defendants deny.

50.     In response to the factual allegations and assertions made in paragraph 50, defendants are without sufficient information to admit or deny, and therefore deny.  Defendants further assert that at no time was the transaction considered a "HOEPA" loan as alleged.

51.     In response to the factual allegations and assertions made in paragraph 51, defendants admit to the extent that Barrett Ware may have attempted to deliver funds to cure the arrearages.

52.     In response to the factual allegations and assertions made in paragraph 52, defendants admit to the extent that the "cure amount" did increase.

6

53.    In response to the factual allegations and assertions made in paragraph 53, defendants are
       without sufficient information to admit or deny, and therefore deny.

54.    In response to the factual allegations and assertions made in paragraph 54, defendants are
       without sufficient information to admit or deny, and therefore deny.

55.    In response to the factual allegations and assertions made in paragraph 55, defendants are
       without sufficient information to admit or deny, and therefore deny.  Defendants further
       assert that plaintiff's reference to "Defendants" in this paragraph would appear to be
       directed to the "Defendants" in Case 1:06-CV-00108 (JDB).

56.    In response to the factual allegations and assertions made in paragraph 56, defendants are
       without sufficient information to admit or deny, and therefore deny.

57.    In response to the factual allegations and assertions made in paragraph 57, defendants are
       without sufficient information to admit or deny, and therefore deny.  Defendants further
       assert that at no time was the transaction considered a "HOEPA" loan as alleged.

58.    In response to the factual allegations and assertions made in paragraph 58, defendants
       deny.

59.    In response to the factual allegations and assertions made in paragraph 59, defendants
       deny.

60.    In response to the factual allegations and assertions made in paragraph 60, defendants
       deny.

61.    In response to the factual allegations and assertions made in paragraph 61, defendants
       deny.

62.    In response to the factual allegations and assertions made in paragraph 62, defendants

7

admit.

63.    In response to the factual allegations and assertions contained in paragraph 63, defendants deny.

64.    In response to the factual allegations and assertions made in paragraph 64, defendants admit only to the extent that it tendered funds to stop the foreclosure.

65.    In response to the factual allegations and assertions contained in paragraph 65, defendants deny.

66.    In response to the factual allegations and assertions contained in paragraph 66, defendants deny.

67.    In response to the factual allegations and assertions contained in paragraph 67, defendants deny to the extent that it was offering a "special loan program" but admits that it was aware of the pending foreclosure action.

68.    In response to the factual allegations and assertions contained in paragraph 68, defendants deny.

69.    In response to the factual allegations and assertions contained in paragraph 69, defendants deny.

70.    In response to the factual allegations and assertions contained in paragraph 70, defendants deny and further assert that the funds advanced were not considered a loan.

71.    In response to the factual allegations and assertions contained in paragraph 71, defendants deny to the extent that the funds advanced were a loan but admit that several documents were executed.

72.    In response to the factual allegations and assertions contained in paragraph 72, defendants

deny to the extent that the funds advanced were a loan, but otherwise admit that documents were executed.

73.    In response to the factual allegations and assertions made in paragraph 73, defendants are without sufficient information to admit or deny, and therefore deny.

74.    In response to the factual allegations and assertions made in paragraph 74, defendants deny.

75.    In response to the factual allegations and assertions made in paragraph 75, defendants deny.

76.    In response to the factual allegations and assertions made in paragraph 76, defendants deny to the extent that it ever made these representations as alleged.

77.    In response to the factual allegations and assertions made in paragraph 77, defendants deny.

78.    In response to the factual allegations and assertions made in paragraph 78, defendants deny.

79.    In response to the factual allegations and assertions made in paragraph 79, defendants deny.

80.    In response to the factual allegations and assertions made in paragraph 80, defendants admit to the extent that they were aware that plaintiff was contacting Allstate Lending.

81.    In response to the factual allegations and assertions made in paragraph 81, defendants deny.

82.    In response to the factual allegations and assertions made in paragraph 82, defendants deny.

83.     In response to the factual allegations and assertions made in paragraph 83, defendants
        deny.

84.     In response to the factual allegations and assertions made in paragraph 84, defendants
        admit only to the extent that said letter was sent.

85.     In response to the factual allegations and assertions made in paragraph 85, defendants
        deny.

86.     In response to the factual allegations and assertions made in paragraph 86, defendants
        deny.

87.     In response to the factual allegations and assertions made in paragraph 87, defendants
        admit only to the extent that said letter was sent.

88.     In response to the factual allegations and assertions made in paragraph 88, defendants
        admit only to the extent that it recorded the subject deed as it was entitled to do under the
        agreements with plaintiff.

89.     In response to the factual allegations and assertions made in paragraph 89, defendants
        deny to the extent that plaintiff alleges that the subject property was not sold to
        defendants.

90.     In response to the factual allegations and assertions made in paragraph 90, defendants
        admit to the extent that notices were given.

91.     In response to the factual allegations and assertions made in paragraph 91, defendants are
        without sufficient information to admit or deny, and therefore deny.

92.     In response to the factual allegations and assertions made in paragraph 92, defendants
        deny.

93.    Paragraph 93 does not require an admission or denial.

94.    The assertions set forth in paragraph 94 are conclusions of law that defendants are not required to admit or deny, and therefore deny.

95.    The assertions set forth in paragraph 95 are conclusions of law that defendants are not required to admit or deny, and therefore deny.

96.    In response to the factual allegations and assertions made in paragraph 96, defendants admit to the extent that plaintiff has raised a dispute.

97.    In response to the factual allegations and assertions made in paragraph 97, defendants deny.

98.    In response to the factual allegations and assertions made in paragraph 98, defendants deny and further assert that the transaction was not a loan.

99.    In response to the factual allegations and assertions made in paragraph 99, defendants deny.

100.   In response to the factual allegations and assertions made in paragraph 100, defendants deny to the extent that it ever made these representations as alleged.

101.   In response to the factual allegations and assertions made in paragraph 101, defendants deny.

102.   In response to the factual allegations and assertions made in paragraph 102, defendants deny.

103.   In response to the factual allegations and assertions made in paragraph 103, defendants deny.

104.   In response to the factual allegations and assertions made in paragraph 104, defendants

11

deny.

105.    In response to the factual allegations and assertions made in paragraph 105, defendants

deny.

106.    In response to the factual allegations and assertions made in paragraph 106, defendants

admit only to the extent that it was aware that plaintiff was contacting Allstate Lending.

107.    In response to the factual allegations and assertions made in paragraph 107, defendants

deny.

108.    In response to the factual allegations and assertions made in paragraph 108, defendants

deny.

109.    In response to the factual allegations and assertions made in paragraph 109, defendants

deny.

110.    In response to the factual allegations and assertions made in paragraph 110, defendants

deny.

111.    In response to the factual allegations and assertions made in paragraph 111, defendants

admit only to the extent that a letter may have been sent.  Defendant's otherwise deny the

factual allegations and assertions.

112.    In response to the factual allegations and assertions made in paragraph 112, defendants

deny.

113.    In response to the factual allegations and assertions made in paragraph 113, defendants

deny.

114.    In response to the factual allegations and assertions made in paragraph 114, defendants

deny.

12

115.    In response to the factual allegations and assertions made in paragraph 115, defendants deny.

116.    In response to the factual allegations and assertions made in paragraph 116, defendants deny to the extent that it made a loan and thereafter did anything inappropriate or unlawful.

117.    In response to the factual allegations and assertions made in paragraph 117, defendants deny.

118.    In response to the factual allegations and assertions made in paragraph 118, defendants deny.

119.    In response to the factual allegations and assertions made in paragraph 119, defendants admit.

120.    In response to the factual allegations and assertions made in paragraph 120, defendants admit only to the extent that plaintiff raises these disputes but further asserts that these may be a question of law.

121.    In response to the factual allegations and assertions made in paragraph 121, defendants deny.

122.    The assertions set forth in paragraph 122 are conclusions of law that defendants are not required to admit or deny, and therefore deny.

123.    Paragraph 123 does not require an admission or denial.

124.    In response to the factual allegations and assertions made in paragraph 124, defendants admit to the extent that Barrett Ware may have attempted to deliver funds to cure the arrearages.

125.    In response to the factual allegations and assertions made in paragraph 125, defendants deny.

126.    In response to the factual allegations and assertions made in paragraph 126, defendants deny.

127.    In response to the factual allegations and assertions made in paragraph 127, defendants deny.

128.    In response to the factual allegations and assertions made in paragraph 128, defendants deny.

129.    In response to the factual allegations and assertions made in paragraph 129, defendants deny.

130.    In response to the factual allegations and assertions made in paragraph 130, defendants deny.

131.    In response to the factual allegations and assertions made in paragraph 131, defendants deny.

132.    In response to the factual allegations and assertions made in paragraph 132, defendants deny.

133.    In response to the factual allegations and assertions made in paragraph 133, defendants deny and further assert that this was not a consumer transaction.

134.    In response to the factual allegations and assertions made in paragraph 134, defendants deny.

135.    In response to the factual allegations and assertions made in paragraph 135, defendants admit only to the extent that plaintiff raises these disputes but further asserts that these

14

may be a question of law.

136.    In response to the factual allegations and assertions contained in paragraph 136, defendants deny.

137.    In response to the factual allegations and assertions contained in paragraph 137, defendants deny.

138.    Paragraph 138 does not require an admission or denial.

139.    In response to the factual allegations and assertions made in paragraph 139, defendants admit to the extent that Barrett Ware may have attempted to deliver funds to cure the arrearages.

140.    In response to the factual allegations and assertions contained in paragraph 140, defendants deny to the extent that the transaction was a loan, and is also without sufficient information to respond to allegations of "verbal promises and assurances" and therefor denies.

141.    In response to the factual allegations and assertions contained in paragraph 141, defendants deny.

142.    In response to the factual allegations and assertions contained in paragraph 142, defendants deny to the extent that the transaction was a loan.

143.    In response to the factual allegations and assertions made in paragraph 143, defendants are without sufficient information to admit or deny, and therefore deny.

144.    In response to the factual allegations and assertions contained in paragraph 144, defendants deny.

145.    In response to the factual allegations and assertions contained in paragraph 145,

defendants deny to the extent that plaintiff suggests this was a loan.

146.    In response to the factual allegations and assertions contained in paragraph 146,
        defendants deny.

147.    In response to the factual allegations and assertions contained in paragraph 147,
        defendants deny.

148.    In response to the factual allegations and assertions contained in paragraph 148,
        defendants deny.

149.    In response to the factual allegations and assertions made in paragraph 149, defendants
        deny to the extent that it ever made these representations as alleged.

150.    In response to the factual allegations and assertions contained in paragraph 150,
        defendants deny.

151.    In response to the factual allegations and assertions contained in paragraph 151,
        defendants deny.

152.    In response to the factual allegations and assertions contained in paragraph 152,
        defendants deny.

153.    In response to the factual allegations and assertions contained in paragraph 153,
        defendants deny.

154.    In response to the factual allegations and assertions contained in paragraph 154,
        defendants deny.

155.    In response to the factual allegations and assertions contained in paragraph 155,
        defendants deny.

156.    In response to the factual allegations and assertions contained in paragraph 156,

defendants deny.

157.    Paragraph 157 does not require an admission or denial.

158.    In response to the factual allegations and assertions contained in paragraph 158, defendants deny.

159.    In response to the factual allegations and assertions contained in paragraph 159, defendants deny.

160.    In response to the factual allegations and assertions contained in paragraph 160, defendants deny.

161.    In response to the factual allegations and assertions contained in paragraph 161, defendants deny.

162.    In response to the factual allegations and assertions contained in paragraph 162, defendants deny.

163.    In response to the factual allegations and assertions contained in paragraph 163, defendants deny.

164.    In response to the factual allegations and assertions contained in paragraph 164, defendants deny.

165.    In response to the factual allegations and assertions made in paragraph 165, defendants deny to the extent that it ever made these representations as alleged.

166.    In response to the factual allegations and assertions contained in paragraph 166, defendants deny.

167.    In response to the factual allegations and assertions contained in paragraph 167, defendants deny.

168.    In response to the factual allegations and assertions contained in paragraph 168, defendants deny.

169.    In response to the factual allegations and assertions contained in paragraph 169, defendants deny.

170.    In response to the factual allegations and assertions contained in paragraph 170, defendants deny.

171.    In response to the factual allegations and assertions contained in paragraph 171, defendants deny.

172.    In response to the factual allegations and assertions contained in paragraph 172, defendants deny.

173.    In response to the factual allegations and assertions contained in paragraph 173, defendants deny.

174.    In response to the factual allegations and assertions contained in paragraph 174, defendants deny.

175.    In response to the factual allegations and assertions contained in paragraph 175, defendants deny.

176.    In response to the factual allegations and assertions contained in paragraph 176, defendants deny.

177.    Paragraph 177 does not require an admission or denial.

178.    In response to the factual allegations and assertions contained in paragraph 178, defendants deny.

179.    In response to the factual allegations and assertions contained in paragraph 179,

defendants deny.

180.    In response to the factual allegations and assertions contained in paragraph 180, defendants deny.

181.    In response to the factual allegations and assertions contained in paragraph 181, defendants deny.

182.    In response to the factual allegations and assertions contained in paragraph 182, defendants deny.

183.    Paragraph 183 does not require an admission or denial.

184.    The assertions set forth in paragraph 184 are statuatory provisions and/or conclusions of law that defendants are not required to admit or deny, and therefore deny.  Moreover, defendants assert that the subject transaction was not a consumer transaction.

185.    The assertions set forth in paragraph 185 are statuatory provisions and/or conclusions of law that defendants are not required to admit or deny, and therefore deny.  Moreover, defendants assert that the subject transaction was not a consumer transaction.

186.    The assertions set forth in paragraph 186 are conclusions of law that defendants are not required to admit or deny, and therefore deny.  Moreover, defendants assert that the subject transaction was not a consumer transaction.

187.    The assertions set forth in paragraph 187 are conclusions of law that defendants are not required to admit or deny, and therefore deny.  Moreover, defendants assert that the subject transaction was not a consumer transaction.

188.    In response to the factual allegations and assertions contained in paragraph 188, defendants deny.

19

189.    In response to the factual allegations and assertions contained in paragraph 189,
        defendants deny.

190.    In response to the factual allegations and assertions contained in paragraph 190,
        defendants deny.

191.    In response to the factual allegations and assertions contained in paragraph 191,
        defendants deny.

192.    In response to the factual allegations and assertions contained in paragraph 192,
        defendants deny.

193.    In response to the factual allegations and assertions contained in paragraph 193,
        defendants deny.

194.    Paragraph 194 does not require an admission or denial.

195.    In response to the factual allegations and assertions contained in paragraph 195,
        defendants deny.

196.    In response to the factual allegations and assertions contained in paragraph 196,
        defendants deny.

197.    In response to the factual allegations and assertions contained in paragraph 197,
        defendants deny.

198.    In response to the factual allegations and assertions contained in paragraph 198,
        defendants deny.

199.    In response to the factual allegations and assertions contained in paragraph 199,
        defendants deny.

200.    In response to the factual allegations and assertions contained in paragraph 200,

defendants deny.

201.   In response to the factual allegations and assertions made in paragraph 201, defendants
       deny to the extent that it ever made these representations as alleged.

202.   In response to the factual allegations and assertions contained in paragraph 202,
       defendants deny.

203.   In response to the factual allegations and assertions contained in paragraph 203,
       defendants deny.

204.   In response to the factual allegations and assertions contained in paragraph 204,
       defendants deny.

205.   In response to the factual allegations and assertions contained in paragraph 205,
       defendants deny.

206.   In response to the factual allegations and assertions contained in paragraph 206,
       defendants deny.

207.   In response to the factual allegations and assertions made in paragraph 207, defendants
       admit to the extent that they were aware that plaintiff was contacting Allstate Lending.

208.   In response to the factual allegations and assertions contained in paragraph 208,
       defendants deny.

209.   In response to the factual allegations and assertions contained in paragraph 209,
       defendants deny.

210.   In response to the factual allegations and assertions contained in paragraph 210,
       defendants deny.

211.   In response to the factual allegations and assertions contained in paragraph 211,

defendants deny.

212. In response to the factual allegations and assertions contained in paragraph 212, defendants deny.

213. In response to the factual allegations and assertions contained in paragraph 213, defendants deny.

214. In response to the factual allegations and assertions contained in paragraph 214, defendants deny.

215. In response to the factual allegations and assertions contained in paragraph 215, defendants deny.

216. In response to the factual allegations and assertions contained in paragraph 216, defendants deny.

## II.  AFFIRMATIVE DEFENSES

A.    The Verified Complaint fails to state a claim against these defendants upon which relief may be granted.

B.    This Court lacks subject matter jurisdiction over all of the claims asserted by plaintiff.

C.    The claims asserted against these defendants are barred by the doctrines of waiver and estoppel.

WHEREFORE, defendants respectfully request the following relief:

A.    That plaintiff's claims be denied;

B.    That this Court grant such further and other relief as the nature of this case and equity and justice may require.

Respectfully submitted,

Offit Kurman Attorneys At Law

/s/ Richard D. Mirsky

By: _____

Richard D. Mirsky, Esq. (Fed. Bar. No. 24438)
                (DC Bar. No. 396939)
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
Direct Dial (301) 575-0342
Facsimile (301) 575-0335

Attorney for Defendants

## CERTIFICATE OF SERVICE UNDER LCvR 65.1

I hereby certify that on the 2nd day of February 2006, I caused a copy of the foregoing **"Answer"** that was filed electronically under the ECF guidelines with the Court on this date in the above captioned matter, was also sent via first class mail, postage prepaid, to the following:

Rawle Andrews Jr., Esq.
Andrews & Bowe, PLLP
1717 K street N.W., Suite 600
Washington, DC 20036

/s/ Richard D. Mirsky

_____

Richard D. Mirsky, Esq.

23