## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CALVERT M. WILSON, an individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Case No.:  1:06-CV-00069 (JDB) |
| | * | |
| HOME SAVERS, LLC, a foreign limited | * | |
| liability company; 1905 2nd STREET, NE, | * | |
| LLC, a foreign limited liability company; | * | |
| LUTHER HECTOR, an individual; and | * | |
| BARRETT WARE, an individual, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO STRIKE SCANDALOUS MATTERS FROM DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, LCvR 7 and this Court's inherent authority to administer its docket, Plaintiff Calvert M. Wilson, by undersigned counsel, respectfully submits this Motion to Strike as "scandalous" and "immaterial", the unverified and defamatory references in Paragraph 6 of Defendants' Memorandum in Opposition to Motion for Injunctive Relief from any portion of their Brief surviving this Motion; or alternatively, for an Order directing the Clerk of Court to "deactivate" the Web link to the Brief [Docket No. 14] from the Court's ECF System and publish the Brief on the shelf in the Clerk's Office so that such scandalous matters are not readily available for further publication or misuse via the internet or other forms of mass communication.

**WHEREFORE,** Plaintiff Calvert M. Wilson respectfully requests that the Court enter an

Order in such form as it deems appropriate striking as "scandalous" and "immaterial" the references in Paragraph 6 of Defendants' Opposition by redaction if necessary; or alternatively, for an Order directing the Clerk of Court to "deactivate" the Web link to the brief from the Court's ECF System, together with such other relief as this Court deems proper.

Respectfully submitted,

By:  /s/ Rawle Andrews Jr.
Rawle Andrews Jr. (DC 436283)
ANDREWS & BOWE, PLLP
1717 K Street N.W., Suite 600
Washington, DC 20036
Office: (202) 349-3975
Fax: (410) 510-1034
Attorney for Plaintiff

Dated:  February 6, 2006

## CERTIFICATION UNDER LCvR 7

I hereby certify that on the afternoon of February 3, 2006 and the morning of February 6, 2006, undersigned counsel made reasonable attempts to contact opposing counsel by telephone to discuss the subject matter of this Motion to no avail.  Consequently, Plaintiff's counsel believes this Motion will be opposed.

/s/ Rawle Andrews Jr.
Rawle Andrews Jr.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of February, 2006, I caused a copy of the foregoing **"PLAINTIFF'S MOTION TO STRIKE SCANDALOUS MATTERS FROM DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION"** that was filed electronically with the U.S. District Court and served on counsel for Defendants, an ECF compliant attorney on this date in the above captioned matter as follows:

Richard D. Mirsky, Esq.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland 20759
Counsel for Defendants
rmirsky@offitkurman.com

/s/ Rawle Andrews Jr.
Rawle Andrews Jr., Esq.
Counsel for Plaintiff

2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

CALVERT M. WILSON, an individual,    *
        *
    Plaintiff,        *
        *
    v.        *
        *   Case No.:  1:06-CV-00069 (JDB)
        *
HOME SAVERS, LLC, a foreign limited    *
liability company; 1905 2nd STREET, NE,    *
LLC, a foreign limited liability company;    *
LUTHER HECTOR, an individual; and    *
BARRETT WARE, an individual,    *
        *
    Defendants.        *
        *
        *
        *

**************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE SCANDALOUS MATTERS FROM DEFENDANTS' OPPOSITION

     Plaintiff Calvert M. Wilson, by undersigned counsel, respectfully submits this Memorandum in Support of Motion to Strike as "scandalous" and "immaterial", the unverified and defamatory references in Paragraph 6 of Defendants' Memorandum in Opposition to Motion for Injunctive Relief from any portion of their Brief that may survive this Motion; or alternatively, for an Order directing the Clerk of Court to "deactivate" the Web link to the Brief [Docket No. 14] from the Court's ECF System and publish the Brief on the shelf in the Clerk's Office so that such scandalous matters are not readily available for further publication or misuse via the internet or other forms of mass communication.

## LEGAL ANALYSIS

Motions to strike are governed by Rule 12(f) of the Federal Rules and the sound discretion of the District Court.  Under Rule 12(f), this Court has the authority, on its own initiative or on motion of a party, to "order stricken from any pleading any insufficient defense, or any redundant, immaterial, impertinent or scandalous matter".  Fed. R. Civ. P 12(f).  A party moving to strike a pleading or portion thereof from the record must do so "before responding to [the] pleading, or if no responsive pleading is permitted [,]  . . . within 20 days after the service of the pleading upon the party". Id. To be stricken, the allegation must be "as unrelated to plaintiff's claims as to be unworthy of any consideration as a defense".  5C Wright & Miller, *Federal Practice & Procedure*, Civil 3rd § 1380 (3rd ed. 2004).

Federal courts traditionally have stricken matters from the record when, as here, the matter to be redacted is readily apparent from the face of the pleadings or from materials that may be judicially noticed.  *Johnson v. Anhorn,* 334 F. Supp.2d 802, 809 (E.D. Pa. 2004); *Alexander v. FBI*, 186 F.R.D. 21, 56 (D.D.C. 1998). Plaintiff submits that Defendants' unverified allegation in Paragraph 6 of the Memorandum in Opposition is "scandalous" and "immaterial" within that standard.  *Jackson v. H.R. Nicholson Company,* 545 F. Supp. 762 (D. D.C. 1982) (striking as scandalous a naked allegation of conspiracy to commit genocide when "nothing in the papers filed by plaintiff in this case suggests any facts to support the mere allegation of such a conspiracy"); *Alexander*, 186 F.R.D. at 56 (striking portions of motion making unsubstantiated allegations of threats against other litigants).

Here, without any verification under penalty of perjury or evidentiary support whatsoever, paragraph 6 of Defendants' Opposition accuses Plaintiff -- essentially upon information and belief -- of making a derogatory statement against a member of the Bench

during an alleged telephone conversation with Defendant Luther Hector. This naked *recollection* is even more absurd given that the *alleged telephone discussion occurred between persons who did not know one another and had never even met face-to-face until October 8, 2004*, as well as because Plaintiff filed a Bankruptcy Appeal and was working with other consumer credit counselors at the very same time Defendants were "pressuring" him to make a deal based on the equity in his house. *See* Exhibit "1" (American Mortgage Assistance contract).

Furthermore, the *recollection* in Paragraph 6 of Defendants' Opposition has no bearing on the legality *vel non* of Defendants': (a) decision to seize control of the 2nd Street Property based on dispute involving a $30,000 advance in which Defendants contend they are owed at least $122,000 on the same funds; and (b) numerous misrepresentations to Plaintiff, before and after the transaction closed, not the least of which was the deliberate attempt to by an individual only recently identified in Defendants' Opposition as "Dan Felton" to pass himself off as Barrett Ware (*see* Defs. Opp. at ¶ 9) on more than one occasion before and since the HOEPA loan was made.[1]

This Court has the authority under Rule 12(f), to preserve the dignity of the courts and to protect individuals, such as Mr. Wilson, from Defendants' transparent effort to intimidate him in this public forum simply because Plaintiff filed an action to invalidate a predatory home loan. Moreover, Plaintiff should not be forced to dignify or otherwise indulge any discovery into these scurrilous allegations, merely because Defendants have attempted, albeit inartfully, to manufacture a faux justification for their illegal actions, particularly since the allegation is

---

[1] Notwithstanding the "rationale" provided by these Defendants for ignoring the Federal Subpoena and Orders of this Court in Case No. 05-CV-0108 (i.e., the Home Saver Group did not want to get in the middle of unrelated litigants), it is now clear that if the "real" Barrett Ware had appeared for a third party deposition in that case during September or October 2005, Wilson would have been able to alert this Court to Defendants' bait & switch loan tactics sooner, that allegation would have been made in the Verified Complaint and Injunction Motion, and the individual now identified in Defendants' Brief as "Dan Felton" would have been named as a Defendant in this case.

meritless and irrelevant to any of the claims in this proceeding.

Finally, in making such a determination, the Court is asked to the consider the source of the scandalous content:  unverified *recollections* from defendant companies that are not qualified to do business in the District of Columbia, and individuals who do not have licenses to conduct real estate lending, brokerage or agency services in the District of Columbia. *See, e.g.,* Exhibit "2" (D.C. Government records). Accordingly, Paragraph 6 of Defendants' Memorandum in Opposition can and can and should be stricken from the record.

## CONCLUSION

Simply put, Defendants' scurrilous accusations have no place in this Court. For the foregoing reasons, Plaintiff Calvert M. Wilson respectfully requests that the Court enter an Order in such form as it deems appropriate striking as "scandalous" and "immaterial" all references in Paragraph 6 of Defendants' Memorandum in Opposition by redaction if necessary; or alternatively, for an Order directing the Clerk of Court to "deactivate" the Web link to the brief from the Court's ECF System, together with such other relief as this Court deems proper.  A Proposed Order is attached hereto.

Respectfully submitted,

By:  _/s/ *Rawle Andrews Jr.*_____
Rawle Andrews Jr. (DC 436283)
ANDREWS & BOWE, PLLP
1717 K Street N.W., Suite 600
Washington, DC 20036
Office: (202) 349-3975
Fax: (410) 510-1034
Attorney for Plaintiff

Dated:  February 6, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 6th day of February, 2006, I caused a copy of the foregoing **"PLAINTIFF'S MOTION TO STRIKE SCANDALOUS MATTERS FROM DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION"** that was filed electronically with the U.S. District Court and served on counsel for Defendants, an ECF compliant attorney on this date in the above captioned matter as follows:

Richard D. Mirsky, Esq.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland 20759
Counsel for Defendants
rmirsky@offitkurman.com

/s/ *Rawle Andrews Jr.*
Rawle Andrews Jr., Esq.
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

CALVERT M. WILSON, an individual,    *
                                    *

        Plaintiff,                *   Case No.:  1:06-CV-00069 (JDB)

                                     *

        v.                       *

                                     *

                                   *

HOME SAVERS, LLC, a foreign limited  *

liability company; 1905 2nd STREET, NE,  *

LLC, a foreign limited liability company;  *   **[PROPOSED] ORDER GRANTING**

LUTHER HECTOR, an individual; and  *   **PLAINTIFF'S MOTION TO STRIKE**

BARRETT WARE, an individual,  *

                                   *

        Defendants.             *

                                   *

                                   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  *

Upon consideration of Plaintiff's Motion to Strike, and for good cause shown, it is this

\_\_\_\_ day of _____, 2006, hereby,

**ORDERED** that Plaintiff's Motion shall be, and hereby is, GRANTED; and it is further,

**ORDERED** that the Clerk of Court shall use all reasonable means to remove Paragraph 6

of the Brief identified at Docket No. 14 in the above-entitled action, including the redaction of

the text, or deactivation of the web link to the Brief from the Court's ECF System as appropriate.

 

_____

Honorable John D. Bates
United States District Judge

Copies to:

All Counsel of Record

# EXHIBIT "1"

*per Mr. Wilson*

## AMERICAN MORTGAGE ASSISTANCE

**DATE OF CALL:** 10/10

How Many months are you behind? 27K → *per Mr. Wilso*

How much is your regular monthly payment? 1007 = 1047.28

Do you have any money saved? _____

Who is your mortgage company? ABN - AMRO

*Owned since 1996*

What type of loan is this?   VA   (FHA)   CONVENTIONAL (PITI or PI ONLY)

Is there a co-owner? _____

Have you received a:   Late Letter?   FC Notice?   Attorney Letter?

If "yes" Attorney - Name _____

Is there a sale date? _____

Second mortgage? _____ Monthly Payment? _____ Company? _____

Are you behind? _____ How many months? _____

Do you have a condo fee? _____ What is the amount? _____

Are you behind? _____ Condo Association Name? _____

Have you ever filed any form of bankruptcy? Yes   When? _____

What type? 13   Dismissed Discharged   Are you behind in your trustee payments? _____

Are you (BOTH) currently employed? _____

Is there any other source of income?   RENT   RETIREMENT   SOC SEC

Why are you behind? _____

_____

AMA 0003

*American Mortgage Assistance, Inc.* 

# FAX COVER SHEET

Thi  11/05

atn: Becky:
fax# 904288-5067

**DATE:** 11-1-04

1st fax →

**TO:** ABN-AMRO  Loan Resolution Dept. —   copy to Friedman and MacFadyen

**PHONE#:** 877-552-3320  **FAX#:** ① 248-437-5099  ② 248-457-5563

**FROM:** Karen Carter, agent

**PAGES TO FOLLOW:** ①        Sale Date 11-17

**COMMENTS:** Re: Calvert Wilson # 0001019453

Please post this authorization in your system. We will be calling w/in 24 hours to discuss this loan — we want to submit a workout package.

Thank you.

KMC

*American Mortgage Assistance, Inc.*

**KAREN CARTER**

One Skyline Place
5205 Leesburg Pike, Suite 905 • Falls Church, VA 22041
(703) 931-9393
FAX (703) 931-9396

One Skyline Place
5205 Leesburg Pike, Suite 905 • Falls Church, VA 22041
(703) 931-9393 • Facsimile (703) 931-9396

AMA 0008

# EXHIBIT "2"

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that a search of record of the Department of Consumer and Regulatory Affairs, Corporations Division, reveals that

**HOME SAVERS PLUS, LLC**

***IS NOT OF RECORD*** as either a domestic entity organized in the District of Columbia or a foreign entity registered to transact business as of the date hereinafter mentioned.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **3rd** day of **February , 2006 .**

Patrick J. Canavan, Psy. D.
Director

Business and Professional Licensing Administration

*Maxine M. Hinson*

Maxine M. Hinson
Act. Assistant Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **16th** day of **November , 2004** , *Articles of Organization of:*

## 1905 2ND ST NE, LLC

**WE FURTHER CERTIFY**  that said Articles of Organization were Revoked by Proclamation on the  **14th** Day of **November , 2005** , pursuant to the District of Columbia Limited Liability Company Act, for having failed and/or refused to file reports and pay all fees due and owing on or before June 16th ,  **2004** and **2005** .

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **3rd** day of **February , 2006** .



Patrick J. Canavan, Psy. D.
Director

Business and Professional Licensing Administration

Maxine M. Hinson
Act. Assistant Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

**Department of Consumer and Regulatory Affairs**
**Business Regulation Administration Corporations Division**
**Corporation Abstract Print Out**

*Corporation Detail*

File No: **L21157**    Inc Date: **11/16/2004**    Type Code: **DLC**    Country: **UNITED STATES**

State:    **DC**    Status: **RV**    Status Date: **11/14/2005**    Fee: **150.00**    Bundle No: **D-270**

Name:  **1905 2ND ST NE, LLC**


Agent: **Barrett Ware**

Address: **1717 K St., NW, Ste. #600**    Zip Code: **20036**    Zip 4:

Stock:    Dollar Value: **.00**

Retire Date: **00/00/0000**    Retired Box:    Liber No:    Folio No:

Perpetual:    Duration: **01/07/2015**    Goodstandings:

Special Note:

Miscellaneous:


Reports:

**PROMISSOR**
knowledge beyond measure

Home     Products     Applications & Forms     Knowledge Exchange          Search     Contact Us

Real Estate and Appraisers

# District of Columbia Real Estate

**\*\*\*** This page has information about testing, licensing and certification, and related support services like fingerprinting.  If you cannot find the information you need on this page, please check the FAQs.  For technical help, or if you prefer to contact Promissor by email, visit the Contact Us page.  To contact us by telephone about reservations and customer service relating to testing, contact our Customer Support Center at 1-800-274-2602.



*FAQs: Questions on testing?*

**Testing Services**

- Candidate Handbook (pdf)
- School Certificate (pdf)
- Exam Registration Services
- Locate Test Center
- Property Managers Study Guide (pdf)
- Real Estate Waiver Application (pdf)

**Need Help?**
The **Candidate Handbook** is the most comprehensive resource for prospective licensees.

**Online Practice Tests**

- Take an Online Practice Test
- Practice Test FAQ

**Practice Tests !**
Take a Promissor Practice Test online today.

**Licensing**

- Publications and Forms
- Online License Renewals for Brokers & Property Managers
- Online License Renewals for Salesperson

**Please Note**
Questions about Licensing? Call 1-888-204-6192 with licensing questions.

**\*\*\*** **Registry – License Look-up**

- Search for License

**CE-Licensee Services**

- Provider and Course Listings
- Licensee Course Transcript

**CE-Provider Services**

- Log-in to Provider Services
- Online FAQs
- Provider Guide (pdf)
- Provider FAQs (pdf)
- CE FAQs (Easy Bank) (pdf)
- Provider Approval Form (pdf)
- Course Approval Form (pdf)
- Instructions to DC Education Course Applications (pdf)

**CE Questions**
877-224-0233

...............................................................................................................

**Further Resources**

- ARELLO Web Site
- DC Dept. of Consumer and Regulatory Affairs Web Site

Select Another State Board

...............................................................................................................

Privacy Policy, Terms and Conditions of Use,  Copyright © 2004 Promissor,  a Houghton Mifflin Company



**Online FAQs**  ☐ **About License Renewals**  ☐ **Contact Online Services**

 

## Search The Registry : Search Criteria



### District of Columbia Real Estate

Please enter the name OR select the license prefix and enter the license number of the individual or company. You may enter up to five letters of the first name when searching for an individual in order to narrow your search.

| | | |
|---|---|---|
| **Choose one** | ○ **Search for individual** | ◉ **Search for company** |
| **Full last name/Company name** | Hector | **Individual first name**   L (optional) |
| **OR** | | |
| **Individual/Company license prefix** | Select a prefix | **License number** |

Search    Reset

............................................................................................................................

Privacy Policy, Terms and Conditions of Use,  Copyright © 2004 Promissor,  a Houghton Mifflin Comp

**Online FAQs**   **About License Renewals**   **Contact Online Services**

**Search Results**

**District of Columbia Real Estate**

**Company search criteria:** HECTOR   L
**Date:** 05-Feb-2006

**No records found matching the selected criteria. Please use the 'Back' button and check the spelling or license number.If you still fail to locate the individual, please contact the board at the number listed in the FAQs.**

---

For further options, return to the District of Columbia Real Estate services menu

This search was generated on 05-Feb-2006 at 11:11:23 PM

.............................................................................................................................

Privacy Policy, Terms and Conditions of Use,  Copyright © 2004 Promissor,  a Houghton M



**Online FAQs**       **About License Renewals**       **Contact Online Services**

  online licensing services
### Search The Registry : Search Criteria



**District of Columbia Real Estate**

Please enter the name OR select the license prefix and enter the license number of the individual or company.
You may enter up to five letters of the first name when searching for an individual in order to narrow your search.

Choose one        ● **Search for individual**        ○ **Search for company**

**Full last name/Company name**    Ware                    **Individual first name**    Ba    (optional)

OR

**Individual/Company license prefix**    Select a prefix ▾        **License number**

Search        Reset

Privacy Policy, Terms and Conditions of Use,  Copyright © 2004 Promissor,  a Houghton Mifflin Company



**Online FAQs     About License Renewals        Contact Online Services**



Search Results

**District of Columbia Real Estate**



<u>Submit a new search</u>

**Individual search criteria:** WARE   BA
**Date:** 06-Feb-2006

**No records found matching the selected criteria.
Please use the 'Back' button and check the spelling
or license number.If you still fail to locate the
individual, please contact the board at the number
listed in the FAQs.**

For further options, return to the <u>District of Columbia Real Estate services menu</u>

This search was generated on 06-Feb-2006 at 4:38:10 PM

Privacy Policy, Terms and Conditions of Use,  Copyright © 2004 Promissor,  a Houghton Mifflin Company



ASSOCIATED ESTATES, LIMITED LIABILITY COMPANY

**Barrett Ware**
Ofc: (202) 508-3886
Cell: (301) 254-7786
bware@associatedestates.com

1717 K Street, NW
Suite 600
Washington, DC 20036
Fax: (202) 726-8870