# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CALVERT M. WILSON, an individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Case No.:  1:06-CV-00069 (JDB) |
| | * | |
| HOME SAVERS, LLC, a foreign limited | * | |
| liability company; 1905 2nd STREET, NE, | * | |
| LLC, a foreign limited liability company; | * | |
| LUTHER HECTOR, an individual; and | * | |
| BARRETT WARE, an individual, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |

**************************************

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS RE:  SUBJECT MATTER JURISDICTION

Pursuant to Rule 12(b) (1) of the Federal Rules of Civil Procedure, Plaintiff Calvert M. Wilson, by undersigned counsel, respectfully submits this Memorandum in Opposition to Defendants' Motion to Dismiss on jurisdictional grounds. Plaintiff hereby incorporates its Supplemental Memorandum as and for its Response to Defendants' dispositive motion [Docket No. 18], and gives notice of the U.S. Supreme Court's unanimous decision in *Grable & Sons Metal Prods., Inc. v. Darue Engr'g & Mfg.*, 545 U.S. ___, 125 S.Ct. 2363 (2005) (upholding substantial federal question jurisdiction in quiet title action between private litigants with embedded federal issue) as having precedential effect over the referenced motion.

In *Grable*, the Supreme Court recognized the existence of substantial federal question jurisdiction when, as here, Congress has expressly withheld state court jurisdiction over disputed

claims and issues (e.g., Bankruptcy Code and/or Internal Revenue Code issues) embedded in this action; there is a national interest in the uniform application of the embedded federal statutes and regulations; and this type of mixed "federal-state" rescission claim is rare enough that the exercise of subject matter jurisdiction in this matter will not, automatically or by necessary implication, convert historically state law claims into federal actions. *Id.* at 2368.

**WHEREFORE,** Plaintiff Calvert M. Wilson respectfully requests that the Court enter an Order denying Defendants' Motion to Dismiss in its entirety, together with such other relief as this Court deems proper.

Respectfully submitted,

By: _/s/ Rawle Andrews Jr._
Rawle Andrews Jr. (DC 436283)
ANDREWS & BOWE, PLLP
1717 K Street N.W., Suite 600
Washington, DC 20036
Office: (202) 349-3975
Fax: (410) 510-1034
Attorney for Plaintiff

Dated: February 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of February, 2006, I caused a copy of the foregoing **"PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS RE: SUBJECT MATTER JURISDICTION"** that was filed electronically with the U.S. District Court and served on counsel for Defendants, an ECF compliant attorney, on this date in the above captioned matter as follows:

Richard D. Mirsky, Esq.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland 20759
Counsel for Defendants
rmirsky@offitkurman.com

/s/ Rawle Andrews Jr.
Rawle Andrews Jr., Esq.
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CALVERT M. WILSON, an individual, | * | |
| | * | |
| Plaintiff, | * | Case No.:  1:06-CV-00069 (JDB) |
| | * | |
| v. | * | |
| | * | |
| | * | |
| HOME SAVERS, LLC, a foreign limited | * | |
| liability company; 1905 2nd STREET, NE, | * | |
| LLC, a foreign limited liability company; | * | **[PROPOSED] ORDER DENYING** |
| LUTHER HECTOR, an individual; and | * | **DEFENDANTS' MOTION TO DISMISS** |
| BARRETT WARE, an individual, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |
| ************************************* | * | |

Upon consideration of Defendants' Motion to Dismiss for lack of subject matter jurisdiction, Plaintiff's Opposition thereto, and the premises considered, it is this ____ day of _____, 2006, hereby,

**ORDERED** that Defendants' Motion shall be, and hereby is, DENIED.

_____
Honorable John D. Bates
United States District Judge

Copies to:

All Counsel of Record