UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT M. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME SAVERS, LLC, et al.,<br><br>    Defendants. | Civil Action No.  06-0069 (JDB) |

ORDER

Upon review of the pleadings in this civil action and based upon the representations made by plaintiff (including his filings relating to subject-matter jurisdiction, see Docket Entry Nos. 18 & 19), the Court interprets the complaint as requesting a declaration of plaintiff's rights in light of a transaction between plaintiff and defendants that allegedly violated the automatic stay provisions of the Bankruptcy Code.  See 11 U.S.C. §§ 363-64.[1]  As a claim arising under Title 11 of the United States Code, such a proceeding shall be referred to the Bankruptcy Judge of this District pursuant to 28 U.S.C. § 157(a) and the local rules of this Court.  See D. Ct. L. Bankr. R. 5011-1.  Accordingly, it is this 24th day of April, 2006, hereby

**ORDERED** that this action is referred in part to the United States Bankruptcy Court for the District of Columbia for judgment on plaintiff's claim that the transaction is void under federal bankruptcy law (as well as any related counterclaim by defendants).  See Compl. ¶¶ 1, 63, 71, 94,

---

[1] At the time of the transaction, plaintiff was a Chapter 13 debtor in bankruptcy.  See In re Calvert M. Wilson, No. 01-0092, Voluntary Petition (Bankr. D.D.C. Jan. 16, 2001).

-1-

105, 122.  It is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order, along with a copy of the complaint and the docket in this civil action, to the Clerk of the Bankruptcy Court for docketing as an adversarial proceeding before United States Bankruptcy Judge S. Martin Teel, Jr. It is further

**ORDERED** that defendants, in addition to filing any counterclaims in this action as directed by the Minute Order of April 20, 2006, shall, by not later than May 12, 2006, file as part of the Bankruptcy Court proceeding any counterclaim that seeks relief with respect to the bankruptcy issue.  It is further

**ORDERED** that the parties shall adhere to the schedule and page limits for motions for partial summary judgment set forth in the Minute Orders of April 20 and April 21, 2006, but shall file all papers relating to those motions as part of the Bankruptcy Court proceeding.  It is further

**ORDERED** that any appeal to this Court from the Bankruptcy Court's judgment on this matter shall be treated as related to this civil action.  And it is further

**ORDERED** that all proceedings in this civil action other than the filing of counterclaims and responses thereto are stayed pending further order of the Court.

                                                /s/ John D. Bates  
                                                JOHN D. BATES  
                                          United States District Judge

Copies to:

Rawle Andrews, Jr.
ANDREWS & BOWE, PLLP
1717 K Street, NW, Suite 600
Washington, DC  20036
Email: randrews@andrewsgroup.org

    *Counsel for plaintiff*


Richard David Mirsky
OFFIT KURMAN ATTORNEYS AT LAW
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD  20759
Email: rmirsky@offitkurman.com

    *Counsel for defendants*