IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT M. WILSON, an individual, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Case No.: 1:06-CV-00069 (JDB) |
| | * |
| HOME SAVERS, LLC, a foreign limited liability company; 1905 2nd STREET, NE, LLC, a foreign limited liability company; LUTHER HECTOR, an individual; and BARRETT WARE, an individual, | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S NOTICE OF DISMISSAL OF CIVIL ACTION

PLEASE TAKE NOTICE that Plaintiff Calvert M. Wilson, by undersigned counsel, hereby gives notice of his voluntary dismissal of the above-captioned matter, including any Bankruptcy issue arising under or related to this action, and without prejudice to the right of any party to assert whatever claims or defenses they might have in connection with this dispute under applicable District of Columbia law in another forum.

Respectfully submitted,

By: /s/ *Rawle Andrews Jr.*
Rawle Andrews Jr. (DC 436283)
ANDREWS & BOWE, PLLP
1717 K Street N.W., Suite 600
Washington, DC 20036
Office: (202) 349-3975
Fax: (410) 510-1034

Dated: October 30, 2006         Attorney for Plaintiff

## CERTIFICATION UNDER LCvR 7

I hereby certify that on the afternoon of October 30, 2006, counsel advised this Court and defense counsel of Plaintiff's intent to withdraw the pending action under the terms and conditions specified above.

/s/ *Rawle Andrews Jr.*
Rawle Andrews Jr.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of November, 2006, I caused a copy of the foregoing **"PLAINTIFF'S NOTICE OF DISMISSAL OF CIVIL ACTION"** that was filed electronically with the U.S. District Court and served on counsel for Defendants, an ECF compliant attorney, on this date in the above captioned matter as follows:

Richard D. Mirsky, Esq.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland 20759
Counsel for Defendants
rmirsky@offitkurman.com

/s/ *Rawle Andrews Jr.*
Rawle Andrews Jr., Esq.
Counsel for Plaintiff